# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **PLUMBERS AND PIPEFITTERS UNION NO. 421 HEALTH AND WELFARE FUND,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BRIAN TREMATORE PLUMBING & HEATING, INC.** <br><br> Defendant. | Civil Action No. 5:11-CV-221 |

## ORDER

Pursuant to the telephone conference call held on April 5, 2012, the deadline for discovery in this case shall be extended to Wednesday, April 18, 2012. The Court expects that the discovery difficulties brought to the Court's attention will be resolved on or before this deadline, as the Court will not grant any further extensions in this case. All other deadlines in the case shall remain the same.

**SO ORDERED**, this 5th day of April, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr