# EXHIBIT 11

# LaPadula
# Carlson
# + Co.

CERTIFIED PUBLIC ACCOUNTANTS
2 Alhambra Plaza
Coral Gables, FL 33134
Telephone
305-529-9300
Facsimile
305-529-0012
E-Mail
asilcox@lapadula.com

## INVOICE

April 6, 2009

Board of Trustees
Plumbers and Pipefitters Local Union 421
　　Pension Fund Trust
c/o Mr. Steve Blascovich
CORE Administrative Services
P O Box 1755
Macon, GA  31202

*Client : 27668151 SA*

### BRIAN TREMATORE PLUMBING

- For progress billing for professional services in connection with:

Audit of the payroll records for the period of
September 1, 2007 to April 30, 2008

Total balance due                                                          $ 1,500.00



421 FUNDS 000015

# LaPadula
# Carlson
# + Co.
CERTIFIED PUBLIC ACCOUNTANTS
2 Alhambra Plaza
Coral Gables, FL 33134
Telephone
305-529-9300
Facsimile
305-529-0012
E-Mail
asilcox@lapadula.com

INVOICE

April 6, 2009

Board of Trustees
Plumbers and Pipefitters of the Carolinas
    Pension Annuity Plan
c/o Mr. Steve Blascovich
CORE Administrative Services
P O Box 1755
Macon, GA  31202

*Client : 27668151 SA*

## BRIAN TREMATORE PLUMBING

- For progress billing for professional services in connection with:

Audit of the payroll records for the period of
September 1, 2007 to April 30, 2008

Total balance due                                               $ 1,500.00

421 FUNDS 000016

LaPadula
Carlson
+ Co.
CERTIFIED PUBLIC ACCOUNTANTS
2 Alhambra Plaza
Coral Gables, FL 33134
Telephone
305-529-9300
Facsimile
305-529-0012
E-Mail
asilcox@lapadula.com

# INVOICE

April 6, 2009

Board of Trustees
Plumbers and Pipefitters Local Union 421
Health & Welfare Fund
c/o Mr. Steve Blascovich
CORE Administrative Services
P O Box 1755
Macon, GA 31202

*Client : 27668151 SA*

## BRIAN TREMATORE PLUMBING

- For progress billing for professional services in connection with:

Audit of the payroll records for the period of September 1, 2007 to April 30, 2008

Total balance due $ 1,500.00

# LAPADULA
# CARLSON
# + Co.

CERTIFIED PUBLIC ACCOUNTANTS
2 Alhambra Plaza
Coral Gables, FL 33134
Telephone
305-529-9300
Facsimile
305-529-0012
E-Mail
asilcox@lapadula.com

INVOICE

April 6, 2009

Board of Trustees
Plumbers and Pipefitters Local Union 421
    Labor Management Fund
c/o Ms. Vicky Williams
2556 Oscar Johnson Road
N. Charleston, SC 29405

*Client 27668151 SA*

## BRIAN TREMATORE PLUMBING

- For progress billing for professional services in connection with:

Audit of the payroll records for the period of
September 1, 2007 to April 30, 2008

Total balance due                                        $ 1,500.00

421 FUNDS 000018

# LaPadula
# Carlson
# + Co.

CERTIFIED PUBLIC ACCOUNTANTS
2 Alhambra Plaza
Coral Gables, FL 33134
Telephone
305-529-9300
Facsimile
305-529-0012
E-Mail
asilcox@lapadula.com

## INVOICE

March 3, 2010

Board of Trustees
Plumbers and Pipefitters Local Union 421
   Pension Fund Trust
c/o Mr. Steve Blascovich
CORE Administrative Services
P O Box 1755
Macon, GA  31202

*Client : 27668151 SA*

### BRIAN TREMATORE PLUMBING

- For progress billing for professional services in connection with:

| | |
|---|---|
| Audit of the payroll records of Brian Trematore | $ 1,493.00 |
| Out-of-pocket expenses:<br>   Auto | 74.00 |
| Balance due | $ 1,567.00 |

421 FUNDS 000019