## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **PLUMBERS AND PIPEFITTERS UNION NO. 421 HEALTH AND WELFARE FUND,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BRIAN TREMATORE PLUMBING & HEATING, INC.** <br><br> Defendant. | Civil Action No. 5:11-CV-221(HL) |

## ORDER

On May 13, 2013, the Court held a pretrial conference in this case. The Court agreed to postpone the trial date originally set for May 28 to accommodate mediation between the parties. Thus, the trial is now set to begin on Wednesday, June 12.

There is one issue left to be resolved before the trial begins – whether an issue of fact remains about the work performed by NOZA Construction. Plaintiff has agreed to submit a brief on this issue on or before May 15. The response will be due on May 20.

**SO ORDERED**, this 13th day of May, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebrs