# Exhibit A

*[attached hereto]*

Invoice Number: 473

# Noza Construction
# PO Box 385 Selma NC 27576

Office (919) 202-4942
Fax (919) 832-6386
Cell (919) 763-2276

| Brian Trematore Plumbing & Heating Inc. | 8/7/2008 |
|---|---|
| Send to Company Name | Date |

| Marriott Renaissance | 7/28/2008 | 8/3/2008 |
|---|---|---|
| Project | Start week | Week Ending |

 POSTED

| | Hours | Rates | Total |
|---|---|---|---|
| Mechanics: | 32 | $21.00 | $672.00 |
| Helpers: | 78 | $17.00 | $1,326.00 |
| Labors: | 164.5 | $15.00 | $2,467.50 |
| Total Amount: | | | $4,465.50 Total |

N52002

TREMATORE - 0144