IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PLUMBERS AND PIPEFITTERS UNION
NO. 421 HEALTH AND WELFARE FUND,
*et al.*,

    Plaintiffs,

    v.

BRIAN TREMATORE PLUMBING &
HEATING, INC.

    Defendant.

Civil Action No. 5:11-CV-221(HL)

## ORDER

Following the bench trial of this case, the issue of damages remains unresolved. The parties have reached an agreement as to some parts of the damage calculation, but they remain at an impasse on the issue of attorneys' fees. Thus, the Court will make the determination of the amount of fees that are reasonable in this case.

Plaintiff has ten days to file a brief summarizing its arguments in support of its claim for fees. This brief will be due no later than Monday, June 24, 2013. Defendant will be given until Monday, July 1, 2013 to file a response.

**SO ORDERED**, this 13th day of June, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebrs